# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Elida Maeve | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:24-cv-01427-SB |
| Centennial School District No. 28 J | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Centennial School District 28J
c/o Superintendent James Owens
18135 SE Brooklyn Street
Portland, Oregon 97236

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Daniel Snyder
Law Offices of Daniel Snyder
1000 SW Broadway, Suite 2400
Portland, Oregon 97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 08/28/2024

By: s/G. Davis, Deputy Clerk