**Kurt C. Peterson, OSB #980065**
kurt.peterson@harrang.com
Harrang Long P.C.
111 SW Columbia St., Suite 950
Portland, OR 97201
Telephone: (503) 242-0000
**Julian Marrs, OSB #154743**
julian.marrs@harrang.com
Harrang Long P.C.
800 Willamette Street, Suite 770
Eugene, OR 97401
Telephone: (541) 485-0220
Facsimile: (541) 686-6564
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELIDA MAEVE,**<br><br>   Plaintiff,<br><br>vs.<br><br>**CENTENNIAL SCHOOL DISTRICT NO. 28J,**<br><br>   Defendant. | Case No. 3:24-CV-01427-sb<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

**RULE 7-1 CERTIFICATION**

Pursuant to LR 7-1(a), counsel for Defendant Centennial School District No. 28J hereby certifies that they conferred with counsel for Plaintiff about this motion and Plaintiff does not oppose it.

Page 1 – **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

## MOTION

Pursuant to FRCP 6(b)(1)(A) and LR 16-3, Defendant respectfully requests an extension of time to **October 23, 2024** to respond to Plaintiff's complaint. Defendant conferred with Plaintiff regarding possible motions against the complaint. After conferral, Plaintiff agreed to file an amended complaint. Defendant requests this extension of time to allow Plaintiff the opportunity to file the amended complaint and time for Defendant to file a responsive pleading. Defendant also requests this extension of time to allow their counsel sufficient time to investigate the facts and allegations in the amended complaint and to prepare a response.

DATED this 23rd day of September, 2024.

                                  HARRANG LONG P.C.

                                  By:   s/Kurt C. Peterson
                                          Kurt C. Peterson, OSB #980065
                                          Julian Marrs, OSB #154743
                                          Of Attorneys for Defendant

# CERTIFICATE OF SERVICE

I certify that on September 23, 2024, I served or caused to be served a true and complete copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** on the party or parties listed below as follows:

☐ Via CM / ECF Filing
☑ Via First Class Mail, Postage Prepaid
☐ Via Email

Daniel Snyder
Paul Bastian
Law Offices of Daniel Snyder
1000 SW Broadway, Suite 2400
Portland, OR 97205
Of Attorneys for Plaintiff

HARRANG LONG P.C.

By: s/Kurt C. Peterson
    Kurt C. Peterson, OSB #980065
    Julian Marrs, OSB #154743
    Of Attorneys for Defendant