**Kurt C. Peterson, OSB #980065**
kurt.peterson@harrang.com
HARRANG LONG P.C.
111 SW Columbia St., Suite 950
Portland, OR 97201
Telephone:    (503) 242-0000
**Julian Marrs, OSB #154743**
julian.marrs@harrang.com
HARRANG LONG P.C.
800 Willamette Street, Suite 770
Eugene, OR 97401
Telephone:    (503) 242-0000
Facsimile:    (541) 686-6564
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELIDA MAEVE,**<br><br>      Plaintiff,<br><br>vs.<br><br>**CENTENNIAL SCHOOL DISTRICT NO. 28J,**<br><br>      Defendant. | Case No. 3:24-CV-01427-sb<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

**RULE 7-1 CERTIFICATION**

Pursuant to LR 7-1(a), counsel for Defendant Centennial School District No. 28J hereby certifies that they conferred with counsel for Plaintiff about this motion and Plaintiff does not oppose it.

**MOTION**

Pursuant to FRCP 6(b)(1)(A) and LR 16-3, Defendant respectfully requests an extension of time to **November 13, 2024** to respond to Plaintiff's Amended Complaint. Defendant conferred with Plaintiff regarding possible motions against the complaint and Plaintiff filed an Amended Complaint that is 54 pages long and contains 231 paragraphs with considerable detail. Defendant requests this extension of time to allow their counsel sufficient time to investigate the facts and allegations in the Amended Complaint and to prepare a response.

DATED this 18th day of October, 2024.

HARRANG LONG P.C.


By:    s/Julian Marrs
      Kurt C. Peterson, OSB #980065
      Julian Marrs, OSB #154743
      Of Attorneys for Defendant