# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

**ELIDA MAEVE**
    Plaintiff,

Case No.: 3:24−cv−01427−SB

v.

**CENTENNIAL SCHOOL DISTRICT NO. 28 J**
    Defendant.

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** 12/12/24

**Signature:** _[signature]_
**Name and OSB ID:** Kurt C. Peterson, OSB #980065
**E-mail Address:** kurt.peterson@harrang.com
**Firm Name:** Harrang Long P.C.
**Mailing Address:** 111 SW Columbia St., Suite 950
**City, State, Zip:** Portland, OR 97201
**Parties Represented:** Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No.: 3:24-cv-01427-SB

Elida Maeve

            Plaintiff(s),

v.

Centennial School District No. 28 J

            Defendant(s).

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 11/26/2024

Signature: _____

Name and Bar Number: Daniel Snyder, 783856

E-mail Address: dansnyder@lawofficeofdanielsnyder.com

Firm Name: Law Office of Daniel Snyder

Mailing Address: 1000 SW Broadway, Suite 2400

City, State, Zip: Portland, Oregon 97205

Party Represented: Plaintiff

[Rev. 01/2018]