**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Paul Bastian, OSB No. 062706**
paul@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **ELIDA MAEVE** | Case No. 3:24-cv-01427-SB |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| **CENTENNIAL SCHOOL DISTRICT NO. 28 J** | |
| Defendant. | |

## LR 7-1 CERTIFICATION

Plaintiff's counsel and Defendant's counsel have conferred about this motion, the motion is unopposed.

PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249

## MOTION

Pursuant to FRCP 6(b), Plaintiff moves the court for an Order extending the time to file a Second Amended Complaint. The current deadline set in the Court's Opinion and Order [ECF 21, page 59] is February 25, 2025. Plaintiff moves to extend this deadline to March 18, 2025. The undersigned counsel requires additional time to complete the task. This motion is made in good faith and not for purposes of delay.

Dated: February 19, 2025

                                          **Law Offices of Daniel Snyder**

                                          */s/ Daniel Snyder*
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Paul Bastian, OSB No. 062706
paul@lawofficeofdanielsnyder.co
Tel: (503) 241-3617 / Fax: (503) 241-2249
        Attorneys for Plaintiff

PAGE 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249