**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Paul Bastian, OSB No. 062706**
paul@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **ELIDA MAEVE** | Case No. 3:24-cv-01427-SB |
|     Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| **CENTENNIAL SCHOOL DISTRICT NO. 28 J** | |
|     Defendant. | |

## LR 7-1 CERTIFICATION

Plaintiff's counsel and Defendant's counsel have conferred about this motion, the motion is unopposed.

PAGE 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249

## MOTION

Pursuant to FRCP 6(b), Plaintiff moves the court for an Order extending the time to file a Second Amended Complaint. The current deadline is March 18, 2025. ECF 23. Plaintiff moves to extend this deadline to a date to be determined after the resolution of Plaintiff's Motion To Reconsider Opinion And Order Granting In Part Motion To Dismiss. This motion is made in good faith and not for purposes of delay.

Dated: March 12, 2025

**Law Offices of Daniel Snyder**

*/s/ Daniel Snyder*
Daniel Snyder, OSB No. 783856
dansnyder@lawofficeofdanielsnyder.com
Paul Bastian, OSB No. 062706
paul@lawofficeofdanielsnyder.co
Tel: (503) 241-3617 / Fax: (503) 241-2249
         Attorneys for Plaintiff

PAGE 2 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249