**Kurt C. Peterson, OSB #980065**
kurt.peterson@harrang.com
HARRANG LONG P.C.
111 SW Columbia St., Suite 950
Portland, OR 97201
Telephone:	(503) 242-0000
**Julian Marrs, OSB #154743**
julian.marrs@harrang.com
HARRANG LONG P.C.
800 Willamette Street, Suite 770
Eugene, OR 97401
Telephone:	(541) 485-0220
Facsimile:	(541) 686-6564
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ELIDA MAEVE,**<br><br>        Plaintiff,<br><br>vs.<br><br>**CENTENNIAL SCHOOL DISTRICT NO. 28J,**<br><br>        Defendant. | Case No. 3:24-CV-01427-sb<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

**RULE 7-1 CERTIFICATION**

Pursuant to LR 7-1(a), counsel for Defendant Centennial School District No. 28J hereby certifies that they conferred with counsel for Plaintiff about this motion and Plaintiff does not oppose it.

Page 1 – **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

## MOTION

Pursuant to FRCP 6(b)(1)(A) and LR 16-3, Defendant respectfully requests an extension of time to **April 28, 2025** to respond to Plaintiff's Second Amended Complaint. Prior to filing its motions to dismiss, Defendant conferred with Plaintiff regarding the motions against the first amended complaint. The court granted Defendant's motions but allowed plaintiff leave to amend the complaint again in order to cure the defects. Plaintiff has done so but the defects are not remedied. Defendant requests this extension of time to allow their counsel sufficient time tto prepare a response.

DATED this 4th day of April, 2025.

                              HARRANG LONG P.C.

                              By:   s/Kurt C. Peterson
                                    Kurt C. Peterson, OSB #980065
                                    Julian Marrs, OSB #154743
                                    Of Attorneys for Defendant