**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Paul Bastian, OSB No. 062706**
paul@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
        Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ELIDA MAEVE** | Case No. 3:24-cv-01427-SB |
| Plaintiff, | **STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| **CENTENNIAL SCHOOL DISTRICT NO. 28 J** | |
| Defendant. | |

### LR 7-1 CERTIFICATION

Plaintiff's counsel and Defendant's counsel have conferred about this motion, the motion is unopposed.

PAGE 1 – **STIPULATED MOTION TO EXTEND DEADLINES**

## MOTION

This motion is made in good faith and not for the purpose of delay. The parties to this action, by and through their counsel, stipulate and jointly move for an order extending the discovery and pretrial deadlines as follows:

| Action/Filing | Current Deadline | Proposed New Deadline |
|---|---|---|
| Complete fact discovery | August 29, 2025 | December 29, 2025 |
| Joint alternative dispute resolution report | August 29, 2025 | December 29, 2025 |
| Dispositive motion deadline | September 30, 2025 | January 30, 2026 |

**IT SO STIPULATED:**

LAW OFFICES OF DANIEL SNYDER          HARRANG LONG P.C.


*s/ Paul Bastian*_____          *s/ Kurt Peterson*_____
Daniel Snyder, OSB No. 783856            Kurt C. Peterson, OSB No. 980065
Email:dansnyder@lawofficeofdanielsnyder.com    kurt.peterson@harrang.com
Paul Bastian, OSB No. 062706             Julian W. Marrs, OSB No. 154743
Email: paul@lawofficeofdanielsnyder.com   julian.marrs@harrang.com
    Attorneys for Plaintiff                  Attorneys for Defendants
    Dated:  August 20, 2025                  Dated:  August 20, 2025

**Law Offices of Daniel Snyder**
Attorneys at Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249